Certificate Number: 14912-PAE-DE-038162321

Bankruptcy Case Number: 23-13736



14912-PAE-DE-038162321

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 6, 2024, at 9:15 o'clock AM EST, Pablo Perdomo completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   February 6, 2024              By:    /s/Jai Bhatt

                                      Name:  Jai Bhatt

                                      Title: Counselor